UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEANNIE ALDERSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REDWOOD COAST MEDICAL SERVICES, *et al*. <br><br> Defendants. | Case No.  14cv03564 NJV <br><br> **ORDER ON STIPULATION** <br><br> Re: Dkt. No. 9 |

Upon consideration of the Stipulation to Extend Time to Answer or Respond (Doc. 9), it is

**ORDERED** that the Case Management Conference set for November 18, 2014, is HEREBY rest for December 16, 2014, in Courtroom 205A, 2nd Floor, Eureka at 2:00 p.m..

**IT IS SO ORDERED**.

Dated: September 29, 2014.

_____
NANDOR J. VADAS
United States Magistrate Judge