IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

1  Lauren E. Tate – 124483
   Tate & Associates
2  1321 Eighth Street, Suite 4
   Berkeley, CA  94710
3  Tel:  (510) 525-5100
   Fax: (510) 525-5130
4  Email: ltate@tateandassociates-law.com

5  *Counsel for Defendant Petaluma Valley Hospital
   erroneously sued herein as St. Joseph Health
6  dba Petaluma Valley Hospital*

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10 | JEANNE ALDERSON & WILLIAM R BROWN, | Case No. 3:14-cv-03564-SI |
   |---|---|
   | Plaintiffs, | **STIPULATION EXTENDING TIME FOR DEFENDANT PETALUMA VALLEY HOSPITAL TO FILE RULE 26 INITIAL DISCLOSURES** |
   | vs. | |
   | UNITED STATES OF AMERICA, et al, | |
   | Defendants | |

17     It is hereby stipulated by and between the parties, through the undersigned counsel, that
18 the time for Defendant PETALUMA VALLEY HOSPITAL to file its Rule 26 Initial Disclosures
19 is extended to January 23, 2015.
20     IT IS SO STIPULATED
21 Dated:  January 9, 2015

22                                      /s/ Lauren E. Tate
23                           By:  _____
                                 Lauren E. Tate
24                               Tate & Associates
                                 1321 Eighth Street, Suite 4
25                               Berkeley, CA  94710
                                 Tel:  (510) 525-5100
26                               Fax: (510) 525-5130
                                 Email: ltate@tateandassociates-law.com
27                               Counsel for PETALUMA VALLEY HOSPITAL
28

___
Stipulation Extending Time for Defendant Petaluma Valley Hospital to File Rule 26 Initial Disclosures

1

|   |   |   |
|---|---|---|
| 1 | Dated: January 9, 2015 | LAW OFFICE OF CRAIG A. KRONER |
| 2 |  | /s/ Craig A. Kroner |
| 3 |  | _____ |
| 4 |  | Craig A. Kroner<br>Attorney for Plaintiffs |
| 5 |  |  |
| 6 | Dated: January 9, 2015 | MELINDA HAAG<br>United States Attorney |
| 7 |  | /s/ Robin M. Wall |
| 8 |  | _____<br>ROBIN M. WALL<br>Assistant United States Attorney |
| 9 |  | Attorneys for Defendant<br>United States of America |

## **CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Craig A. Kroner and Robin Michael Wall have concurred in the filing of this document.

|   |   |   |
|---|---|---|
| 15 | Dated: January 9, 2015 | TATE & ASSOCIATES |
| 16 |  | /s/ Lauren E. Tate |
| 17 |  | _____ |
| 18 |  | Lauren E. Tate<br>Attorney for Defendant<br>Petaluma Valley Hospital |