**GRANTED**

*/s/ Susan Illston*
Judge Susan Illston

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
JONATHAN A. CORR, SBN 190823
ADRIANA C. CERVANTES, SBN 282473
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant KENNETH SUSMAN, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNIE ALDERSON, et al, | CASE NO. 14-cv-03564 SI |
| Plaintiff(s) | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | SECOND EXTENSION |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

It is hereby stipulated by and between the parties, through the undersigned counsel, that the time for Defendant Kenneth Susman, M.D. to respond to the Complaint is extended to February 2, 2015.

IT IS SO STIPULATED.

Dated: January 26, 2015
          PORTER SCOTT
          A PROFESSIONAL CORPORATION

          By
            */s/ Adriana C. Cervantes*
            ADRIANA C. CERVANTES
            Attorney for Defendant
            Kenneth Susman, M.D.

Dated: January 26, 2015                            LAW OFFICE OF CRAIG A. KRONER

                                                    */s/ Craig A. Kroner*
                                                    CRAIG A. KRONER
                                                     Attorney for Plaintiffs

## **CERTIFICATION**

    Pursuant to Civil L.R. 5-1(i)(3), the undersigned here by attests that Craig A. Kroner has concurred in the filing of this document

Dated:  Dated: January 26, 2015                      PORTER SCOTT
                                                             A PROFESSIONAL CORPORATION

                                                             By

                                                                 */s/ Adriana C. Cervantes*
                                                                  ADRIANA C. CERVANTES
                                                                  Attorney for Defendant
                                                                  Kenneth Susman, M.D.

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706