1  Lauren E. Tate – 124483
   Tate & Associates
2  1321 Eighth Street, Suite 4
   Berkeley, CA  94710
3  Tel:  (510) 525-5100
   Fax: (510) 525-5130
4  Email: ltate@tateandassociates-law.com

5  *Counsel for Defendant Petaluma Valley Hospital*
   *erroneously sued herein as St. Joseph Health*
6  *dba Petaluma Valley Hospital*

7                  UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10 | JEANNIE ALDERSON & WILLIAM R. BROWN, | Case No. 3:14-cv-03564-SI |
11 |                                       |                           |
   | Plaintiffs,                           | **STIPULATION FOR REQUEST FOR AN** |
12 |                                       | **ORDER CONTINUING THE CASE** |
   | vs.                                   | **MANAGEMENT CONFERENCE** |
13 |                                       |                           |
14 | UNITED STATES OF AMERICA, et al.,     |                           |
   |                                       |                           |
15 | Defendants                            |                           |

16

17         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JEANNIE

18 ALDERSON and WILLIAM BROWN and Defendants UNITED STATES OF AMERICA,

19 EILER J. SOMMERHAUG, M.D., PETALUMA VALLEY HOSPITAL, KENNETH SUSMAN,

20 M.D., and MENDOCINO COAST DISTRICT HOSPITAL (hereinafter "all parties") by and

21 through their undersigned Counsel, pursuant to Northern District Local Rule 6.1, 6.2, 7.12, for a

22 Request for an Order Changing the date and time of the Case Management Conference as

23 follows:

24         WHEREAS, the Settlement Conference in this matter has been rescheduled to March 4,

25 2016, all parties hereby request a continuance of the Case Management Conference, currently

26 scheduled for January 15, 2016 at 3:00 p.m., to March 25, 2016 or whenever may be convenient

27 to the Court.

28

1   The parties continued the Settlement Conference and the depositions of plaintiffs in this

2   matter to allow counsel for Mendocino Coast District Hospital to make an appearance and

3   participate in the litigation. The depositions are currently scheduled for January 25th and 26th,

4   2016.  The parties agree that there are no discovery, procedural or other issues that need to be

5   addressed with the Court until after the March 4, 2016 Settlement Conference.

6   WHEREFORE, the parties stipulate and request, for the compelling reason described

7   above and in order to conserve the Court's valuable resources and the resources of the parties,

8   that the January 15, 2016 Case Management Conference be vacated and rescheduled to March

9   25, 2016.

10   IT IS SO STIPULATED.

11   Dated:  January 11, 2016                          Respectfully Submitted,

12

13                                          /s/ Craig A. Kroner
                                            CRAIG A. KRONER

14                                          Attorney for Plaintiffs

15                                          MELINDA HAAG
                                            United States Attorney
16                                          /s/ Robin M. Wall

17                                          ROBIN M. WALL
                                            Assistant United States Attorney
18                                          Attorney for Federal Defendant

19                                          /s/ Robert S. Willoughby for
                                            MARC N. ZIMMERMAN
20                                          ROBERT S. WILLOUGHBY
21                                          Attorneys for Defendant
                                            Eiler J. Sommerhaug, M.D.

22

23                                          /s/ Lauren E. Tate
                                            LAUREN E. TATE
24                                          Attorney for Defendant
                                            Petaluma Valley Hospital

25

26                                          /s/ Adriana C. Cervantes
                                            JONATHAN A. CORR
27                                          ADRIANA C. CERVANTES
                                            Attorneys for Defendant
28                                          Kenneth Susman, M.D.

1

2
                                            */s/ Sonia M. Dahl*

3
                                            Attorneys for Defendant
Mendocino Coast District Hospital

4

5

6
## CERTIFICATION

7
Pursuant to Civil L.R. 5-1(i)(3), the undersigned Lauren E. Tate hereby attests that

8
plaintiff and defendants have concurred in the filing of this document.

9

10
Dated:  January 11, 2016                       TATE & ASSOCIATES

11
                                     By

12
                                       */s/ Lauren E. Tate*

13
                                       Attorney for Defendant
Petaluma Valley Hospital

14

15
**PURSUANT TO STIPULATION, IT IS SO ORDERED**

16

17
Dated:      1/11/16                  By

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR REQUEST FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE
Case No. 3:14-cv-03564-SI