UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEANNIE ALDERSON, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 14-cv-03564-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 20, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 15, 2016.

DESIGNATION OF EXPERTS: July 27, 2016; REBUTTAL: August 5, 2016;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 16, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 27, 2016;
    Opp. Due: June 10, 2016; Reply Due: June 17, 2016;
    and set for hearing no later than July 1, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 8, 2016 at 3:30 PM.

JURY TRIAL DATE: November 21, 2016 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 to 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court adjusted the trial schedule as indicated above.
The parties will participate in a settlement conference with Magistrate-Judge Laporte on 4/7/16.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 3/28/16

_____
SUSAN ILLSTON
United States District Judge

2