United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7   JEANNIE ALDERSON, et al.,                    Case No. 14-cv-03564-SI   (EDL)
8           Plaintiffs,
                                                 **ORDER REMOVING IMPROPERLY
9       v.                                       FILED DOCUMENTS**

10  UNITED STATES OF AMERICA, et al.,            Re: Dkt. Nos. 83, 84
11          Defendants.
12
13   TO THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD:
14   Two of the Defendant's Settlement Conference Statements, Docket No. 83 and 84, were
15   erroneously filed on the Court's electronic case filing system instead of being lodged with
16   Magistrate Judge Laporte's chambers as required by the Settlement Conference Order. See Dkt.
17   No. 53. These documents shall be immediately removed from the Court's docket.
18
19   **IT IS SO ORDERED.**
20   Dated: March 28, 2016


ELIZABETH D. LAPORTE
United States Magistrate Judge