United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEANNIE ALDERSON, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No.   14-cv-03564-SI

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 93

The parties to this matter conducted a judicially supervised settlement conference on April 7, 2016, and the entire matter was settled, with the settlement agreement placed on the record. Dkt. No. 90.  A conditional dismissal order was entered on April 11, 2016.

Plaintiff's counsel has now certified that "no settlement funds have been paid" and therefore the matter has not been settled. Dkt. No. 93.  **Accordingly, defendants are ORDERED TO SHOW CAUSE, in writing to be filed no later than July 1, 2016,** why the settlement funds have not been paid and why the matter should not be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated:   June 21, 2016

_____

SUSAN ILLSTON
United States District Judge